| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

| 1. | Debtor's name | **Diversified Power Systems, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 0 5 – 0 6 0 4 8 3 0 |
| 4. | Debtor's address | **Principal place of business**<br><br>**900 N. Walnut Creek Dr., Ste. 100**<br>Number    Street<br>**PMB 414**<br><br>**Mansfield**    **TX**    **76063**<br>City    State    ZIP Code<br><br>**Tarrant**<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Diversified Power Systems, Inc.** _____    Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.   Check all that apply:

    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    - ☐ A plan is being filed with this petition.

    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **Diversified Power Systems, Inc.**  Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.  District **Northern District of Texas**   When **11/06/2017**   Case number **17-44538-EL**
                                                              MM / DD / YYYY
           District **Northern District of Texas**   When **01/07/2021**   Case number **21-40034-MX**
                                                              MM / DD / YYYY
           District _____   When _____   Case number _____
                                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____   Relationship _____
           District _____   When _____
                                                              MM / DD / YYYY
           Case number, if known _____

           Debtor _____   Relationship _____
           District _____   When _____
                                                              MM / DD / YYYY
           Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Diversified Power Systems, Inc.**  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                                State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49             ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor **Diversified Power Systems, Inc.**  Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **06/28/2023**
    MM / DD / YYYY

    X **/s/ Carie Bertrand**
    Signature of authorized representative of debtor
    **Carie Bertrand**
    Printed name
    **President**
    Title

18. **Signature of attorney**

    X **/s/ Craig D. Davis**                                    Date **06/28/2023**
    Signature of attorney for debtor                             MM / DD / YYYY

    **Craig D. Davis**
    Printed name
    **Davis, Ermis & Roberts, P.C.**
    Firm name
    **1521 N Cooper, Suite 860**
    Number          Street

    **Arlington**                              **TX**        **76011**
    City                                       State         ZIP Code

    **(817) 265-8832**                         **davisdavisandroberts@yahoo.com**
    Contact phone                              Email address
    **00793588**                               **TX**
    Bar number                                 State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re **Diversified Power Systems, Inc.**          Case No. _____

                                                  Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................................... | **$3,262.00** |
   | Prior to the filing of this statement I have received........................................................ | **$3,262.00** |
   | Balance Due................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/28/2023** | **/s/ Craig D. Davis** |
|---|---|
| *Date* | *Craig D. Davis*                    Bar No. 00793588 |
| | Davis, Ermis & Roberts, P.C. |
| | 1521 N Cooper, Suite 860 |
| | Arlington, TX 76011 |
| | Phone: (817) 265-8832 / Fax: (972) 262-3264 |

</div>

**/s/ Carie Bertrand**

*Carie Bertrand*
*President*

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Diversified Power Systems, Inc.** | |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders** 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA  19101-7346 | | Taxes | | | | $364,295.52 |
| 2 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY P.O. BOX 7346 PHILADELPHIA, PA | | 941 Taxes | | | | $79,452.00 |
| 3 | ComRent International , LLC c/o Darrell W. Cook & Assoc. 6688 N. Central Expwy., Ste. 1000 | | Unknown Loan Type | | | | $13,081.71 |
| 4 | Ally Bank PO Box 9001948 Louisville, KY  40290-1948 | | Automobile | | $17,502.18 | $8,500.00 | $9,002.18 |
| 5 | Career Builder, LLC c/o Jonathan Neil & Associates, Inc. 71 West Main St., Ste. 304 Freehold, NJ  07728 | | Collection Account | | | | $8,487.51 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | **Diversified Power Systems, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Specialized Tax Credit, LLC<br>32 Remington Drive W<br>Highland Village, TX 75077 | | Unknown Loan Type | | | | $6,000.00 |
| 7 | WILLIAM T. NEARY OFFICE OF THE US TRUSTEE<br>1100 COMMERCE ST, RM 976<br>DALLAS, TX. 75242 | | Fee's under Ch 123 of Title 28 | | | | $4,898.39 |
| 8 | Davis, Ermis & Roberts, P.C.<br>1521 N. Cooper Street, Suite 860<br>Arlington, TX 76011 | | Attorney Fees | | | | $0.00 |
| 9 | Comient<br>10901 W. 120th Ave., Ste. 130<br>Broomfield, CO 80021 | | Unknown Loan Type | | | | $0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Diversified Power Systems, Inc.**                                         CASE NO

                                                                                                               CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/28/2023                                                    Signature  /s/ Carie Bertrand
                                                                                             *Carie Bertrand*
                                                                                             *President*


Date _____                          Signature _____

Alvarado ISD
c/o Perdue Brandon et al
500 East Border Street, Suite 6
Arlington, TX 76010-7457

Specialized Tax Credit, LLC
32 Remington Drive W
Highland Village, TX 75077

Capital One, N. A.
4515 N. Santa Fe Ave, Dept APS
Oklahoma City, OK 73118

Texas Comptroller of Public Acc
c/o Ofc of A.G.
Bankruptcy-Collection Division
P.O. Box 12548
Austin, TX 78711-2548

Career Builder, LLC
c/o Jonathan Neil & Associates,
71 West Main St., Ste. 304
Freehold, NJ 07728

Texas Work Force Commission
Regulatory Integrity Division -
101 E. 15th Street, Room 556
Austin, TX 78778-0001

Comient
10901 W. 120th Ave., Ste. 130
Broomfield, CO 80021

Verizon Wireless
PO Box 1548
Lynnwood, WA 98046

ComRent International , LLC
c/o Darrell W. Cook & Assoc.
6688 N. Central Expwy., Ste. 10
Dallas, TX 75206

WILLIAM T. NEARY
OFFICE OF THE US TRUSTEE
1100 COMMERCE ST, RM 9C60
DALLAS, TX. 75242

Internal Revenue Service
Centralized Insolvency Operatio
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES STAFF
1100 COMMERCE STREET
MAIL CODE 5020-DAL
DALLAS, TX 75242

INTERNAL REVENUE SERVICE
AUSTIN, TX 73301

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Receivables Performatnce Manage
20818 44th Ave W, Suite 140
Lynnwood, WA 98036